# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:18-mj-1732

**CHRISTIAN ROMANDETTI, SR.**

_____

## ORDER SETTING CONDITIONS OF RELEASE

Defendant is released as to this case only, on the following terms and conditions:

(1) Defendant must not violate any federal, state or local laws.

(2) Defendant shall not possess on Defendant's person, in Defendant's residence, or in any vehicle Defendant occupies, any firearms, ammunition, destructive devices, or other dangerous weapons.

(3) Defendant shall not abuse alcohol.

(4) Defendant shall not possess or use any narcotic drugs or other controlled substances listed in 21 U.S.C. § 802, unless the same is prescribed for Defendant, in writing, by someone licensed to practice medicine in the state of Florida.

(5) Defendant shall take all medicine prescribed for the treatment of mental health issues in the amounts and at the times directed by Defendant's physicians.

(6) Except as otherwise provided in this Order, Defendant shall not travel outside the geographic boundaries of the Middle District of Florida without prior leave of Court.

(7) Defendant shall surrender Defendant's passport, if any, to Defendant's lawyer or the Clerk of Court within the first two business days following Defendant's release from custody. If the passport is given to Defendant's lawyer then it shall be submitted by counsel to the Clerk of Court for storage.

(8) Defendant shall not apply for any documents that would permit Defendant to travel beyond the boundaries of the state of Florida without prior leave of Court.

(9) Defendant must cooperate in the collection of a DNA sample if collection is authorized by 42 U.S.C. § 14135a.

(10) Defendant must notify defense counsel, Pretrial Services (if Pretrial Services is supervising Defendant), and the Clerk of Court within the first two business days following any change in Defendant's residence address or telephone number.

(11) Defendant must appear at all Court proceedings in this case and surrender for service of any sentence imposed as directed.

(12) Defendant shall not communicate with, attempt to influence, intimidate, injure, tamper with, or retaliate against any victim, witness, juror, Co-Defendant, informant, lw enforcement officer, or judicial officer in this case.

(13) Unless otherwise ordered, Defendant shall actively seek and maintain verifiable employment, or pursue Defendant's education.

## ADDITIONAL CONDITIONS OF RELEASE

To reasonably assure Defendant's appearance and the safety of any person and the community, Defendant's release is subject to the following additional conditions:

__✓__ Defendant shall be supervised by and comply with the directions given by Pretrial Services.

_____ Defendant shall participate in any substance abuse, psychiatric or mental health assessment, evaluation, and treatment as directed by Pretrial Services, with the cost to be borne by Defendant, as determined by Pretrial Services.

_____ Defendant shall submit to random drug testing by Pretrial Services.

_____ Defendant's location shall be electronically monitored by Pretrial Services. Unless specified below, Pretrial Services shall decide what location monitoring system to use to monitor Defendant.

_____ Defendant shall reside at: _____

_____.

_____ Defendant is placed on house arrest. This means Defendant is restricted to Defendant's residence. Defendant may only leave Defendant's residence to meet with counsel and appear in Court to defend this case; meet with experts retained by counsel to defend this case; obtain medical care; and attend religious services.

_____ Defendant is placed on a curfew. This means Defendant is restricted to Defendant's residence every day from _____ to _____.

__✓__ Defendant shall execute and deliver to the Clerk of Court, a bond in the amount of $ _200,000_ that shall be forfeited to the United States in the event Defendant fails to appear as required or fails to surrender as directed for service of any sentence imposed.

\_\_\_\_\_ Defendant's bond is unsecured.

__✓__ Defendant's bond shall be secured by the following property: _____

_800 South Riverside Drive, Indiatlantic, Florida 32903_

\_\_\_\_\_ Defendant's bond shall be co-signed by: _____

\_\_\_\_\_ Defendant shall be placed into the custody of _____
who agrees to supervise Defendant to ensure compliance with all conditions of release imposed by this Order and to immediately notify the United States Attorney's Office (407) 648-7500, the Clerk of the Court (407) 835-4200, and Pretrial Services if Defendant violates any condition of this Order.

_____
Third Party Custodian

\_\_\_\_\_ Defendant shall have no contact with anyone under the age of 18 except when supervised by a responsible adult.

\_\_\_\_\_ Defendant shall not possess or have access to any electronic device that can connect to the internet. This includes but is not limited to any computer, smart phone, or gaming console with internet capability.

\_\_\_\_\_ Defendant shall not possess or have access to any medium capable of storing information obtained from the internet including without limitation, any hard drive, flash drive, cloud-based storage, compact disk, or floppy disk.

\_\_\_\_\_ Defendant shall not possess or have access to any encrypted data, or any device capable of encrypting data.

The following additional conditions apply: _____
- Defendant may travel to and from the Eastern District of New York to defend this case
- Defendant may travel to Denver Colorado November 22, returning November 26, 2018

## ADVICE OF PENALTIES AND SANCTIONS TO THE DEFENDANT

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State          Telephone

## DIRECTIONS TO THE UNITED STATES MARSHAL

☒ The defendant is **ORDERED** released after processing.
☐ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 11/15/2018

_____
Thomas B. Smith
United States Magistrate Judge

Copies furnished to:

Assistant United States Attorney
Counsel for Defendant
Pretrial Services

- 5 -