**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:18-mj-1732

**CHRISTIAN ROMANDETTI, SR.**

**NOTICE OF SURRENDERED U.S. PASSPORT**

To: U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
PO Box 1227
Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on November 15, 2018 in the above styled case, the Defendant's passport, **Number 564401024** was surrendered to the custody of the Clerk of Court on November 15, 2018. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | June 5, 1960 |
| Defendant's place of birth: | New York |
| Passport received from: | Kristen Romandetti, Spouse |
| Passport issued to: | Christian Charles Romandetti |
| Date of issuance: | April 18, 2017 |

ELIZABETH M. WARREN, CLERK

By *SManuel*
SManuel, Deputy Clerk

November 15, 2018

Original to Case File
c: Counsel and Unrepresented Defendant
Pretrial Services (if before Judgment)
Probation Office (if after Judgment)
Appropriate Agency Listed Above
Passport Coordinator