**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                                     **Case No: 6:18-mj-01732-TBS**

**CHRISTIAN ROMANDETTI, SR.,**

    **Defendant.**
_____/

**MOTION TO CONTINUE HEARING TO DETERMINE COUNSEL**

A one week continuance is requested. A hearing to determine counsel is set for November 21, 2018. Today, attorney Fritz Scheller contacted the undersigned to explain that Mr. Romandetti is in the process of hiring him. Mr. Scheller believes that the process will be completed within a week. The undersigned counsel has not had an opportunity to obtain the opposing counsel's position on this motion due to time constraints.

Respectfully submitted this 20th day of November 2018.

                                                DONNA LEE ELM
                                                FEDERAL DEFENDER

                                                */s/ Michael S. Ryan*
                                                Michael S. Ryan
                                                Assistant Federal Defender
                                                Arizona Bar No. 0018139
                                                201 S. Orange Avenue, Suite 300
                                                Orlando, FL 32801
                                                Telephone: 407-648-6338
                                                Fax: 407-648-6095
                                                E-Mail: Michael_Ryan@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Motion to Continue* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Chauncey Bratt, Assistant United States Attorney, this 20th day of November 2018.

*/s/ Michael S. Ryan*
Attorney for Defendant
