UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2018 NOV 27  PM 3: 01

United States of America,

    Plaintiff,

v.                                                                                    Case No. 6:18-mj-1732

Christian Romandetti,
Frank Sarro, et. al.,

    Defendant.

_____/

## REQUEST FOR NOTICE
## AND NOTICE OF INTEREST

    Donovan Davis, Jr., requests this court add him as an interested party and victim in this case. Donovan, as a creditor of Capital Blu Management, LLC, and default owner of its assets has a claim upon any estate, including a restitutionary estate, created by this case. Monies were diverted from Capital Blu to C & K, LLC.

    C & K, LLC., and others corporations, were used by defendants Christian Romandetti and Frank Sarro, to perpetrate this fraud. In other words, corporations capitalized by funds diverted from Capital Blu created the First Choice Healthcare Solutions shareholders (corporate entities), who perpetrated the securities fraud.

    This tangled organizational web may account for certain inexplicable Capital Blu transactions, as well as identify the whereabouts of certain previously untraceable Capital Blu funds.

The purpose of providing Donovan (thus Capital Blu) notice of the progress of this case is to ensure Capital Blu may claim assets that belong to it and its investors. Mr. Romandetti and Mr. Sarro used Capital Blu assets to create and perpetrate this separate fraud, and Capital Blu asserts an interest in those assets—and an interest superior to that of any United States forfeiture order.

Prepared with the assistance of Frank L. Amodeo and respectfully submitted on this 18th day of November, 2018 by:

_____
Donovan Davis, Jr.
Reg. No. 60439-018 Unit B-3
Federal Correctional Complex
P.O. Box 1031 (Low Custody)
Coleman, Florida 33521-1031

## CERTIFICATE OF SERVICE

This notice was delivered in a properly addressed, postage-prepaid envelope to the prison mailing authorities on the same day as signed.
The original was sent to the United States District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Orlando, Florida 32801.(USPS No. 9114 9012 3080 1329 6167 81).
A copy of this notice was sent via First Class U.S. Mail to the United States of America, via its attorney of record at 400 W. Washington St., Orlando, Florida, 32801.

_____
Donovan Davis, Jr.

## VERIFICATION

Under penalty of perjury as authorized in 28 U.S.C. § 1746, I declare that the factual allegations and factual statements contained in this document are true and correct to the best of my knowledge.

_____
Donovan Davis, Jr.