UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                                           CASE NO: 6:18-mj-1732

CHRISTIAN ROMANDETTI, SR.

_____

FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Christian Romandetti, Sr., having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Eastern District of New York was held on November 15, 2018.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that CHRISTIAN ROMANDETTI, SR. is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that CHRISTIAN ROMANDETTI, SR. answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 28, 2018.

_____
THOMAS B. SMITH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
Federal Public Defender
District Judge