

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

**MEMORANDUM**

### UNITED STATES OF AMERICA

VS.  CASE NO: 6:18-mj-1732

### CHRISTIAN ROMANDETTI, SR. and

### FRANK SARRO

---

DATE:           November 30, 2018
                Your Case No.:        18-cr-614

TO:             United States District Court
                Eastern District of New York
                Federal Plaza, Room 100
                Central Islip, NY 11722

FROM:           Trish LeGros, Courtroom Deputy for
                Thomas B. Smith, United States Magistrate Judge
                U.S. Courthouse
                401 West Central Boulevard
                Orlando, Florida 32801

SUBJECT:        Rule 5(c) Proceedings

    The above styled case originated in your district.  Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE:      November 15, 2018

RELEASE/DETENTION:       Conditions of Release were set and the Defendant was released on bond.

SCHEDULED HEARING:       Upon notice by the charging district.

CHARGING DOCUMENT:       Indictment

Enclosures; US Passports and original court documentation